ACCEPTED
05-15-01487-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 2:06:09 PM
LISA MATZ
CLERK

Appellate Docket No.: 05-15-01487-CR _____

Appellate Case Style: **John Turner Gray v. The State of Texas**

## FIFTH DISTRICT COURT OF APPEALS
## CRIMINAL APPEAL - DOCKETING STATEMENT

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 2:06:09 PM
LISA MATZ
Clerk

### PARTIES (TRAP 32.2(a)):

| | |
|---|---|
| Appellant: **JOHN TURNER GRAY** | Appellee: **THE STATE OF TEXAS** |
| Attorney (Lead Counsel): **Mark Heidenheimer** <br><br> Appointed [X]   Retained [ ] | Attorney (Lead Counsel): **John Rolater** |
| Address (Lead Counsel): <br><br> **2208 Wisteria Way McKinney, Texas 75071** | Address (Lead Counsel): <br><br> **2100 Bloomdale Road, Suite 200 McKinney, Texas 75071** |
| Telephone: **972-548-2233** | Telephone: **972-548-4323** |
| Email: **mheidenheimerlaw@gmail.com** | Email: **jrolater@co.collin.tx.us** |
| SBN (Lead Counsel):**09378800** | SBN (Lead Counsel): **00791565** |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.

### PERFECTION OF APPEAL (TRAP 32.2(b),(d),(f)-(k)):

| Date Sentence Imposed or | Date Notice of Appeal Filed: |
|---|---|

| Suspended in Open Court or Appealable Order Signed: **11/06/2015** | **11/18/2015** If Mailed, Date Mailed: <br><br> Attach File-Stamped Copy of Notice |
|---|---|

## ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):

| | |
|---|---|
| Mt. for New Trial:  Yes [ ]    No [**X**] | Date Filed: |
| Mt.in Arrest of Judgment:  Yes [ ] No [**X**] | Date Filed: |
| Other (Specify): | |

2

## TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

Offense Charged:
**Assault Fam/House Mem 2+ w/in 12 months**

Date of Offense: **01/24/2015**

Defendant's Plea: **Not Guilty**

If guilty or nolo contendere, was plea result of negotiated plea bargain agreement?

Was the trial jury or nonjury?

   Guilt/Innocence Phase: **Jury**
   Punishment Phase: **Jury**

Punishment Assessed:
**5 years Institutional Division, TDCJ.**

Is the appeal from a pretrial order?

   Yes [ ]   No [**X**]

Does the appeal involve the validity of a statute, rule, or ordinance?

   Yes [ ]   No [**X**]

If yes, specify.

## TRIAL COURT AND RECORD (TRAP 32.2(c), (*l*), (m)):

Court: **366th District Court of Collin County.**

Trial Court. Cause No.:
**366-82883-2015**

Trial Judge (Who Tried or Disposed of Case): **Ray Wheless**

Telephone No.: **972-548-4570**
Fax:
Address: **2100 Bloomdale Road, #30146, McKinney, Texas 75071**

Court Clerk (District or County Clerk): **Yoon Kim**

Telephone No.: **972-548-4320**
Fax:
Address: **2100 Bloomdale Road, McKinney, Texas 75071**

3

| | |
|---|---|
| Clerk's Record | Fee Paid: Yes [ ]   No [ ] **N/A** **Court-appointed** Arrangements Made to Pay Fee: Yes [ ]   No [ ] |
| Court Reporter(s) or Court Recorder(s): **Antoinette Varela**<br><br>Telephone Number(s): **972-548-4572**<br><br>Email: **avarela@collincountytx.gov**<br><br>Address(es): **2100 Bloomdale Road, Suite 30146, McKinney, Texas 75071.** | |
| Reporter's/Recorder's Record (Check If Electronic Recording [ ])<br><br>Number and Date(s) of Hearing(s):<br>Guilt/Innocence: **11/2-5/2015**<br>Punishment: **11/06/2015** | Date Requested: **12/07/2015**<br><br>Fee Paid: Yes: [ ]   No: [ ] **N/A** **Court-appointed** Arrangements Made to Pay Fee: Yes [ ]   No [ ] |

## INDIGENCY OF PARTY (TRAP 32.1(k)):

| Event | Filed Check as Appropriate | Date |
|---|---|---|
| Motion and Affidavit Filed | Yes [X ]    No [] | |

Date of Hearing: 11/19/2015

Ruling on Motion:   Granted [X ]    Denied [ ]

## OTHER INFORMATION (TRAP 32.2(m)):

List any other pending related appeals before this or any other Texas appellate court by Court, Docket Number, and Style:

1. 366-80583-2014

2. 366-81875-2014

3. 366-81876-2014

**NOTE:**    If inadequate space has been provided for the information requested, please provide the additional information on an attachment.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.


/s/Mark Heidenheimer          Date: December 7, 2015
**MARK HEIDENHEIMER**
State Bar No. 09378800
2208 Wisteria Way
McKinney, Texas 75071
214-578-0360
Email: mheidenheimerlaw@gmail.com

Representing: **John Turner Gray**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Docketing Statement was sent this 7th day of December 2015, to John Rolater, Assistant Collin County District Attorney, through e-filing to his email address of jrolater@co.collin.tx.us.


/s/Mark Heidenheimer
**MARK HEIDENHEIMER**
**Attorney of Record for**
**John Turner Gray**

No. 366-82883-2015

THE STATE OF TEXAS                    IN THE 366TH DISTRICT

v.                                    COURT OF

JOHN TURNER GRAY                      COLLIN COUNTY, TEXAS.

## NOTICE OF APPEAL

**COMES NOW JOHN TURNER GRAY, DEFENDANT,** respectfully giving

Notice of Appeal that he desires to appeal from the final judgment of

conviction in the above styled and numbered cause that was ~~signed~~ *SENTENCED* by the

court on the _6_ day of November 2015.  John Turner Gray appeals to the

5th Court of Appeals.

_____

**JOHN TURNER GRAY**

FILED

15 NOV 18  PM 4: 32

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS

BY_____DEPUTY

7